# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Sean E. McMahon**
    Plaintiff(s)

vs.                                    CASE NUMBER: 5:10-CV-1063 (TWD)

**Officer Fura and the City of Syracuse**
    Defendant(s)

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that the Jury has reached a verdict of no cause of action in favor of defendants Officer Fura and the City of Syracuse.

All of the above pursuant to the Order of the Honorable Thérèse Wiley Dancks, dated the 3rd day of July, 2012.

DATED: July 3, 2012

*[signature]*
Clerk of Court

S/ _____
Renata Hohl
Deputy Clerk